UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00236-SI |
| v. | INFORMATION |
| **JELEN JONES,** | 18 U.S.C. § 1951(a);<br>18 U.S.C. § 924(c)(l)(A)(i) |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Interference with Commerce by Threats or Violence)**
**(18 U.S.C. § 1951(a))**

At all times material to this Information, Adult Victim 1 ("AV1") was engaged in the distribution of cocaine, in interstate commerce, and an industry which affects interstate commerce.

On or about October 31, 2020, in the District of Oregon, defendant **JELEN JONES** did unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that defendant **JELEN JONES**, together with others, did unlawfully take and obtain personal property consisting of cocaine from the person of AV1, and against the will of AV1, by means of actual

and threatened force, violence, and fear of injury, immediate and future, to his person, that is the armed robbery of AV1;

In violation of Title 18, United States Code, Section 1951(a).

# COUNT 2
### (Possessing a Firearm in Furtherance of a Crime of Violence)
### (18 U.S.C. § 924(c)(l)(A)(i))

On or about October 31, 2020, in the District of Oregon, defendant **JELEN JONES** did knowingly possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Threats or Violence as alleged in Count 1;

In violation of Title 18, United States Code, Section 924(c)(l)(A)(i).

Dated: July 12, 2022                                        Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney


*/s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney