UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00236-SI |
| v. | **WRIT OF HABEAS CORPUS** *AD PROSEQUENDUM* |
| **JELEN JONES,** | |
| **Defendant.** | |

TO:   Sheriff, Multnomah County

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of above named defendant, Jelen Jones, FBI #7DKL909TF, SID #22270112 (OR), SWIS #814082, a prisoner in your custody currently being housed at Multnomah County Inverness Jail, 11540 NE Inverness Dr, Portland, OR 97220, (503) 988-5060, to the United States Marshal for the District of Oregon, or his duly authorized Deputy, who is hereby directed to produce said prisoner before this court on Wednesday, July 20, 2022, at 1:30 p.m., for the purpose of arraignment, trial or other proceedings.  It is further ordered that the United States Marshal, or

/ / / /

/ / / /

his duly authorized Deputy, shall re-deliver said prisoner to your facility at the conclusion of said proceedings, and is authorized to incur the necessary expenses connected therewith, as provided by law.

Dated: July __13__, 2022

_____
HONORABLE ANDREW HALLMAN
United States Magistrate Judge

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney